# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, M.C. HOLIFIELD, K.J. BRUBAKER.**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**MITCHELL R. SOPOCI**
**SONAR TECHNICIAN (SURFACE) SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201400197**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 14 March 2014.
**Military Judge**: CDR M.N. Fulton, JAGC, USN.
**Convening Authority**: Commanding Officer, USS O'KANE (DDG 77).
**Staff Judge Advocate's Recommendation**: LT M.L. Gardner, JAGC, USN.
**For Appellant**: LCDR John T. Zelinka, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**28 August 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court